Same case below, 38 So. 3d 135.

**No. 10-7121. Carlos Israel Diaz, Petitioner v. United States, et al.**

562 U.S. 1145, 131 S. Ct. 919, 178 L. Ed. 2d 767, 2011 U.S. LEXIS 392.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 373 Fed. Appx. 947.

**No. 10-7122. Tony Fore, Petitioner v. Lakeside Buses of Wisconsin, Inc.**

562 U.S. 1145, 131 S. Ct. 919, 178 L. Ed. 2d 767, 2011 U.S. LEXIS 603, reh den 562

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 392 Fed. Appx. 478.

**No. 10-7128. Reginald Bell, Sr., Petitioner v. Washington Department of Social and Health Services (two judgments).**

562 U.S. 1145, 131 S. Ct. 919, 178 L. Ed. 2d 767, 2011 U.S. LEXIS 246.

January 10, 2011. Petition for writ of certiorari to the Court of Appeals of Washington, Division 1, denied.

**No. 10-7131. James A. Thompson, Petitioner v. California.**

562 U.S. 1146, 131 S. Ct. 919, 178 L. Ed. 2d 767, 2011 U.S. LEXIS 128.

January 10, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 49 Cal. 4th 79, 109 Cal. Rptr. 3d 549, 231 P.3d 289.

**No. 10-7132. Manolo Alegria Sanchez, Petitioner v. J. Haynes, Superintendent, Warren Correctional Institution.**

562 U.S. 1146, 131 S. Ct. 919, 178 L. Ed. 2d 767, 2011 U.S. LEXIS 556.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 388 Fed. Appx. 289.

**No. 10-7133. Antwan Callahan, Petitioner v. Harris Diggs, Warden.**

562 U.S. 1146, 131 S. Ct. 919, 178 L. Ed. 2d 767, 2011 U.S. LEXIS 409.

January 10, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 10-7135. Shamsuddin Sikander, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1146, 131 S. Ct. 920, 178 L. Ed. 2d 767, 2011 U.S. LEXIS 431.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 376 Fed. Appx. 179.

**No. 10-7140. Warren L. Edwards, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

562 U.S. 1146, 131 S. Ct. 920, 178 L. Ed. 2d 767, 2011 U.S. LEXIS 490,

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.